| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Beth E. Levine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>Sean T. Wilson, Esq.<br>KELLEY DRYE & WARREN LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br>swilson@kelleydrye.com<br><br>*Counsel to the Liquidation Trustee* |

| | |
|---|---|
| In re:<br><br>RTW RETAILWINDS, INC.,[1]<br><br>　　　　　　　　　Debtor. | Case No.: 20-18445 (JKS)<br><br>Chapter 11<br><br>**Judge:  Hon. John K. Sherwood** |

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445).  By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

DOCS_LA:344924.1 73215/003

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>TRUESOURCE, LLC f/k/a METRO SERVICE SOLUTIONS,<br><br>Defendant. | Adv. Proc. No. 22-01172 (JKS) |

**STIPULATION FURTHER EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust ("Plaintiff") and defendant, Truesource, LLC f/k/a Metro Service Solutions ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on June 24, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on June 27, 2022; and

WHEREAS, on June 27, 2022, Defendant was served with the Summons and Complaint;

WHEREAS, on July 19, 2022, the parties filed a *Stipulation Between META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust and Truesource, LLC f/k/a Metro Service Solutions, Extending Time to Answer Complaint* [Adv. Docket 5] pursuant to which Defendant's time to answer the Complaint was extended through and including August 15, 2022.

The parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendant is required to answer the Complaint is further extended through and including September 15, 2022.

DOCS_LA:344924.1 73215/003

2.  Defendant does not challenge personal jurisdiction and waives any objection to service of process of the summons and complaint in this adversary proceeding.

| | |
|---|---|
| Dated: August 19, 2022 | Dated: August 22, 2022 |
| KELLEY DRYE & WARREN LLP | SEIDMAN & PINCUS, LLC |
| */s/ James S. Carr* | */s/ Andrew Pincus* |
| James S. Carr, Esq. | Andrew Pincus, Esq. |
| Dana P. Kane, Esq. | 777 Terrace Avenue, Suite 508 |
| Sean T. Wilson, Esq. | Hasbrouck Heights, New Jersey 07604 |
| One Jefferson Road, Second Floor | Tel. (201) 473-0047, ext. 102 |
| Parsippany, NJ 07054 | ap@seidmanllc.com |
| Telephone: (973) 503-5900 | |
| Facsimile: (973) 503-5950 | *Counsel to Defendant* |
| jcarr@kelleydrye.com | |
| dkane@kelleydrye.com | |
| swilson@kelleydrye.com | |

and

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

*Counsel to the Liquidation Trustee*

DOCS_LA:344924.1 73215/003