| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>Beth E. Levine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY  10017<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>bsandler@pszjlaw.com<br>plabov@pszjlaw.com<br>blevine@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>Sean T. Wilson, Esq.<br>KELLEY DRYE & WARREN LLP<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br>swilson@kelleydrye.com<br><br>*Counsel to the Liquidation Trustee* |

| | |
|---|---|
| In re: | Case No.: 20-18445 (JKS) |
| RTW RETAILWINDS, INC.,[1] | Chapter 11 |
| Debtor. | **Judge:  Hon. John K. Sherwood** |

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445).  By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed [Docket No. 844].

| | |
|---|---|
| META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>TRUESOURCE, LLC f/k/a METRO SERVICE SOLUTIONS,<br><br>Defendant. | Adv. Proc. No. 22-01172 (JKS) |

## NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, META Advisors LLC, in its capacity as Liquidation Trustee of the RTW Liquidation Trust (the "Plaintiff"), hereby dismisses with prejudice its Complaint against Truesource, LLC f/k/a Metro Service Solutions (the "Defendant") in the above-captioned adversary proceeding (Adv. No. 22-01172). The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding. Plaintiff and Defendant will each bear their own costs.

Dated: November 9, 2022

KELLEY DRYE & WARREN LLP

*/s/ James S. Carr*
James S. Carr, Esq.
Dana P. Kane, Esq.
Sean T. Wilson, Esq.
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
jcarr@kelleydrye.com
dkane@kelleydrye.com
swilson@kelleydrye.com

and

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
blevine@pszjlaw.com

*Counsel to the Liquidation Trustee*